THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

SUPERVALU INC., a Delaware corporation,

Defendant.

Case No. 2:23-cv-00145-JHC

**STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT**

NOTE ON MOTION CALENDAR:
March 1, 2023

## STIPULATION

Defendant Supervalu Inc. and Plaintiff Northwest Administrators, Inc. hereby STIPULATE AND AGREE to extend the deadline for Defendant to answer or otherwise respond to the Complaint to March 24, 2023.

On February 10, 2023, Plaintiff served the Complaint on Defendant. Under FRCP 12(a)(1), Defendant's answer or other response is currently due on March 3, 2023. Counsel for Plaintiff and Defendant have conferred. In light of the investigation Defendant must undertake to fully assess Plaintiff's accounting of alleged owing pension funds, there is good cause to grant the parties' stipulated request for additional time so that the parties and the Court have ample time to address and consider all such issues. Accordingly, Plaintiff and Defendant stipulate and

STIPULATION AND ORDER EXTENDING
DEFENDANT'S DEADLINE TO ANSWER
OR RESPOND TO COMPLAINT - 1 (Case No.
2:23-cv-00145-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1   agree, subject to the Court's approval, to extend the Defendant's deadline to answer or otherwise

2   respond to March 24, 2023.

3          This stipulation and order shall not operate as an admission of any factual allegation or

4   legal conclusion, nor shall it operate as a waiver, nor affect any right, defense, claim or

5   objection, including lack of jurisdiction and the right to seek arbitration of Plaintiff's claims.

6          *IT IS SO STIPULATED.*

7          Dated this 1st day of March, 2023.

8

9   **REID, MCCARTHY, BALLEW & LEAHY, LLP**          **MORGAN, LEWIS & BOCKIUS LLP**

10
    By: *s/ Russell J. Reid*                         By: *s/ Amy P. Taylor*
11  Russell J. Reid, WSBA No. 2560                    Amy P. Taylor, WSBA No. 53644
    100 W. Harrison Street, Suite N300                1301 Second Avenue, Suite 2800
12  Seattle, WA 98119                                 Seattle, WA 98101
    Phone: (206) 285-3610                             Phone: (206) 274-6400
13  Email: rjr@rmbllaw.com                            Email: amy.taylor@morganlewis.com

14  *Attorneys for Plaintiff*                         *Attorneys for Defendant Supervalu Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER EXTENDING
DEFENDANT'S DEADLINE TO ANSWER
OR RESPOND TO COMPLAINT - 2 (Case No.
2:23-cv-00145-JHC)

1

**ORDER**

2      IT IS SO ORDERED.

3      DATED: March 1, 2023.

4

5      _John H. Chun_

6      THE HONORABLE JOHN H. CHUN
       UNITED STATES DISTRICT JUDGE

7

8      *Presented by:*

9      **MORGAN, LEWIS & BOCKIUS LLP**

10
       By: *s/ Amy P. Taylor*
11     Amy P. Taylor, WSBA No. 53644
       1301 Second Avenue, Suite 2800
12     Seattle, WA 98101
       Phone: (206) 274-6400
13     Email: amy.taylor@morganlewis.com

14
       *Attorneys for Defendant*
15

16     **REID, MCCARTHY, BALLEW & LEAHY,
       LLP**
17
       By: *s/ Russell J. Reid*
18     Russell J. Reid, WSBA No. 2560
       100 W. Harrison Street, Suite N300
19     Seattle, WA 98119
       Phone: (206) 285-3610
20     Email: rjr@rmbllaw.com

21
       *Attorneys for Plaintiff*
22

23

24

25

26

STIPULATION AND ORDER EXTENDING
DEFENDANT'S DEADLINE TO ANSWER OR
RESPOND TO COMPLAINT - 3
(Case No. 2:23-cv-00145-JHC)