THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

SUPERVALU INC., a Delaware corporation,

Defendant.

Case No. 2:23-cv-00145-JHC

**STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT**

NOTE ON MOTION CALENDAR:
March 22, 2023

## STIPULATION

Defendant Supervalu Inc. and Plaintiff Northwest Administrators, Inc. hereby STIPULATE AND AGREE to extend the deadline for Defendant to answer or otherwise respond to the Complaint to April 7, 2023.

On February 10, 2023, Plaintiff served the Complaint on Defendant. The parties stipulated, and the Court granted, an extension of Defendant's answer or other response to March 24, 2023. Counsel for Plaintiff and Defendant have since made good effort to confer and evaluate the alleged owing pension funds but require more time to complete their respective investigations. Accordingly, there is good cause to grant the parties' stipulated request for additional time so that the parties and the Court have ample time to address and consider all such issues, including the efficient and speedy disposition of the issues. Accordingly, Plaintiff and Defendant stipulate and

STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT - 1
(Case No. 2:23-cv-00145-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

agree, subject to the Court's approval, to extend the Defendant's deadline to answer or otherwise respond to April 7, 2023.

This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver, nor affect any right, defense, claim or objection, including lack of jurisdiction and the right to seek arbitration of Plaintiff's claims.

*IT IS SO STIPULATED.*

Dated this 22nd day of March, 2023.

**REID, MCCARTHY, BALLEW & LEAHY, LLP**

By: *s/ Russell J. Reid*
Russell J. Reid, WSBA No. 2560
100 W. Harrison Street, Suite N300
Seattle, WA 98119
Phone: (206) 285-3610
Email: rjr@rmbllaw.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: *s/ Amy P. Taylor*
Amy P. Taylor, WSBA No. 53644
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: amy.taylor@morganlewis.com

*Attorneys for Defendant Supervalu Inc.*

## ORDER

IT IS SO ORDERED.

DATED: March 22, 2023.

THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT - 2
(Case No. 2:23-cv-00145-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Amy P. Taylor*
Amy P. Taylor, WSBA No. 53644
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: amy.taylor@morganlewis.com

*Attorneys for Defendant*

**REID, MCCARTHY, BALLEW & LEAHY, LLP**

By: *s/ Russell J. Reid*
Russell J. Reid, WSBA No. 2560
100 W. Harrison Street, Suite N300
Seattle, WA 98119
Phone: (206) 285-3610
Email: rjr@rmbllaw.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT - 3
(Case No. 2:23-cv-00145-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401