THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUPERVALU INC., a Delaware corporation, <br><br> Defendant. | Case No. 2:23-cv-00145-JHC <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** <br><br> **NOTE ON MOTION CALENDAR:** <br> **May 23, 2023** |

## I.   STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Northwest Administrators, Inc. and Defendant SUPERVALU Inc. that all claims in the above captioned lawsuit shall hereby be dismissed with prejudice, this matter having been fully settled and compromised between the Plaintiff and Defendant.

*IT IS SO STIPULATED AND AGREED* this 22nd day of May, 2023.

//

//

STIPULATED NOTICE OF DISMISSAL- 1
(Case No. 2:23-cv-00145-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

| | |
|---|---|
| REID, MCCARTHY, BALLEW & LEAHY, LLP | MORGAN, LEWIS & BOCKIUS LLP |
| By: *s/ Russell J. Reid*<br>Russell J. Reid, WSBA No. 2560<br>Thomas A. Leahy, WSBA No. 26365<br>100 W. Harrison Street, Suite N300<br>Seattle, WA 98119<br>Phone: (206) 285-3610<br>Email: rjr@rmbllaw.com<br><br>*Attorneys for Plaintiff* | By: *s/ Amy P. Taylor*<br>Amy P. Taylor, WSBA No. 53644<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: amy.taylor@morganlewis.com<br><br>*Attorneys for Defendant SUPERVALU Inc.* |

STIPULATED NOTICE OF DISMISSAL- 2
(Case No. 2:23-cv-00145-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401

## II. ORDER

Based on the foregoing stipulation by the named parties, all of whom have appeared, and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned matter, *Northwest Adminstrators, Inc. v. SUPERVALU Inc.*, case no. 2:23-cv-00145, including all claims asserted therein, is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____May 24_____, 2023.

*John H. Chun*

THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Amy P. Taylor*
Amy P. Taylor, WSBA No. 53644
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: amy.taylor@morganlewis.com

*Attorneys for Defendant*

**REID, MCCARTHY, BALLEW & LEAHY, LLP**

By: *s/ Russell J. Reid*
Russell J. Reid, WSBA No. 2560
100 W. Harrison Street, Suite N300
Seattle, WA 98119
Phone: (206) 285-3610
Email: rjr@rmbllaw.com

*Attorneys for Plaintiff*

STIPULATED NOTICE OF DISMISSAL- 3
(Case No. 2:23-cv-00145-JHC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401